MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

WINSTON MCGREGOR,              )
                               )
                Plaintiff,     )   NO.
                               )
vs.                            )
                               )
ESCALLATE, LLC,                )
                               )   JURY DEMANDED
                Defendant.     )
_____)

COMPLAINT

JURISDICTION

1.    The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d); 28 U.S.C. § 1331, 28 U.S.C. § 1332, the FCRA, 15 U.S.C. Section 1681(p) and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2.    This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), state law obligations brought as supplemental claims hereto and Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq*. ("FCRA").

PARTIES

3.   Plaintiff, Winston McGregor, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).  Plaintiff is a resident and citizen of the State of Nevada and of the United States.  Plaintiff is also a "consumer" as defined by § 1681a(c) of the FCRA.

4.   Defendant, Escallate, LLC, is a foreign limited-liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in North Canton, Ohio, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

5.   Defendant, Escallate, LLC, is also a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

FACTUAL ALLEGATIONS

6.   Plaintiff repeats, realleges and asserts all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

7.   Plaintiff is a Vice President at Wells Fargo Bank.

8.   Plaintiff and his family's medical care is covered by insurance subject to a small co-pay.

9.    Plaintiff recently discovered Defendant was reporting a paid medical collections account on Plaintiff's credit profile.

10.    Defendant's tradeline is for 194.00.

11.    Plaintiff has no recollection of ever dealing with Escallate let alone paying it the $194.00.

12.    In any event, Plaintiff had/has very good insurance furnished by Wells Fargo which would have certainly satisfied any medical obligation.

13.    On February 15, 2013 Plaintiff disputed Defendant's account with the national credit reporting agencies (Exhibit 1).

14.    Defendant neither deleted its account nor even recorded its dispute as required in explicit violation of FCRA § 1681s-2(b)(1)(C), (D).  Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1162-64 (9th Cir. 2009)(Exhibit 2).

15.    The presence of the subject tradeline on Plaintiff's credit profiles violates FDCPA §§ 1692e and 1692e(8) and has impaired Plaintiff's access to financing.  Brady v. Credit Recovery Co., Inc., 160 F.3d 64 (1st Cir. 1998).

16.    The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

17.    Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

3

18. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

19. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

20. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e and 1692f.

21. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

22. Defendant's acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

4

23.   Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

COUNT III

24.   In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

        a.   By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

JURY DEMANDED

Plaintiff hereby demands trial by a six-person jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

        1.   Award actual damages.

        2.   Award punitive damages.

        3.   Award statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1           4.   Award reasonable attorney fees and costs.

2           5.   Grant such other and further relief as it deems just

3    and proper.

4                            Respectfully submitted,

5

6                          MITCHELL D. GLINER, ESQ.
                           Nevada Bar #003419

7                          3017 West Charleston Boulevard
                         Suite 95

8                          Las Vegas, Nevada 89102
                         Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

February 15, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

EQUIFAX INFORMATION SERVICES, LLC.
P. O. Box 740241
Atlanta, Georgia 30374

Re:  Winston F. Mcgregor

Dear Sir:

This letter is a dispute. I've attached an excerpt from my recent credit profile.

I provide my personal information: Winston F. McGregor; Spouse: Xianan; current address: 1505 Homeward Cloud Avenue, Las Vegas, Nevada 89183; SSN ████████7295; date of birth: May 2, 1961.

Please delete the bracketed TMCC account. I have attached Toyota's February 1, 2013 UDF instructing the account's deletion. It had been reported in error.

Please also delete the Midland Funding account relating to T-Mobile. First, the contract with T-Mobile was originally delinquent more than 7 years ago. Second, and far more importantly, the original delinquency and subsequent cancellation of the contract of the T-Mobile contract arose from T-Mobile's failure to provided adequate services. I established the T-Mobile account to provide a reliable source of contact with my then six-year-old daughter. The system repeatedly failed and I was compelled to acquire alternative phone services at substantial cost. The sufficiency and reliability of phone services was critical to my status as a single father.

EXHIBIT I

Equifax Information Services, LLC
February 15, 2013
Page 2


Last, please delete *both* the Allied Collection Services and Escallate accounts. You'll notice that they actually reflect both fully paid and closed. This is inaccurate. We never paid either ACS or Escallate. I am a Vice President at Wells Fargo Bank and the underlying medical accounts were directly paid by the Bank's medical insurer to both Foothills Pediatrics and St. Rose Dominican Hospital.

Thank you in advance for your anticipated cooperation.

Sincerely,

Winston F. Mcgregor

Enclosures

7007 0220 0000 8167 3517

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) FEB 23 2013  C. Date of Deliver |
| 1. Article Addressed to:<br><br>EQUIFAX INFORMATION SERVICES, LLC.<br>P.O. Box 740241<br>Atlanta, Georgia 30374 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 0220 0000 8167 3517 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-154 |


# EQUIFAX

## Equifax Credit Report™ for Winston F. Mcgregor
As of: 01/16/2013
Available until: 02/15/2013                                    Report Does Not Update
Confirmation #:3516416028

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

# Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

# Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | | | Credit Limit | Debt to Credit Ratio | Monthly Payment Amount | Accounts with a Balance |
|---|---|---|---|---|---|---|
| Mortgage | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Installment | 2 | $92,236 | $0 | $56,528 | 163 % | $182 | 2 |
| Revolving | 3 | $858 | $13,142 | $14,000 | 6 % | $205 | 1 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 5 | $93,094 | $13,142 | $70,528 | 132 % | $387 | 3 |

## Debt by Account Type



- Mortgage-0%
- Installment-99%
- Revolving-1%
- Other-0%

NOTE: Total may not equal 100% due to rounding

## Debt to Credit Ratio by Account Type



# Account Age

Usually, it is a good idea to keep your oldest credit account open, as a high average account age generally demonstrates stability to lenders. Also, especially if you have been managing credit for a short time, opening many new accounts will lower your average account age and may have a negative impact.

*Length of Credit History*                    2011 Years, 9 Months



| 2008 | |
| 2007 | |
| 2006 | |

## Closed Accounts

| | | | | | |
|---|---|---|---|---|---|
| AES/PHEAA | 1145072950XXXX | 09/01/1991 | $0 | 02/01/2005 | PAYS AS AGREED |

### PHEAA/SOCIETY SLFC

1200 N 7th St
Harrisburg , PA-171021419

| | | | |
|---|---|---|---|
| Account Number | 1145072950XXXX | Current Status | PAYS AS AGREED |
| Account Owner | Individual Account. | High Credit | $ 8,500 |
| Type of Account | Installment | Credit Limit | |
| Term Duration | | Terms Frequency | Monthly (due every month) |
| Date Opened | 09/01/1991 | Balance | $ 0 |
| Date Reported | 02/01/2005 | Amount Past Due | |
| Date of Last Payment | 01/2005 | Actual Payment Amount | |
| Scheduled Payment Amount | | Date of Last Activity | 01/2005 |
| Date Major Delinquency First Reported | | Months Reviewed | 49 |
| Creditor Classification | | Activity Description | Paid and Closed |
| Charge Off Amount | | Deferred Payment Start Date | |
| Balloon Payment Amount | | Balloon Payment Date | |
| Date Closed | 02/2005 | Type of Loan | Education Loan |
| Date of First Delinquency | N/A | | |
| Comments | Account closed at consumers request | | |

### 81-Month Payment History

No 81-Month Payment Data available for display.

| | | | | | |
|---|---|---|---|---|---|
| TOYOTA MOTOR LEASING | 30682AXXXX | 01/09/2008 | $0 | 12/31/2012 | PAYS 31-60 DAYS |

**TOYOTA MOTOR LEASING**

Mail Drop Fn 22
19001 S Western Ave
Torrance , CA-905011106
(800) 331-4331

| | | | |
|---|---|---|---|
| Account Number: | 30682AXXXX | Current Status: | PAYS 31-60 DAYS |
| Account Owner: | Individual Account | High Credit: | $ 18,895 |
| Type of Account: | Installment | Credit Limit: | |
| Term Duration: | 36 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 01/09/2008 | Balance: | $ 0 |
| Date Reported: | 12/31/2012 | Amount Past Due: | |
| Date of Last Payment: | 10/2012 | Actual Payment Amount: | |
| Scheduled Payment Amount: | $ 567 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 56 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Auto Lease |
| Date of First Delinquency: | 11/2012 | | |
| Comments: | Consumer disputes this account information | | |

**72 Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | 30 | | | | 30 | 30 | 60 | | | | | |
| 2009 | | | | 30 | | | 30 | 30 | | 30 | 60 | |
| 2008 | | | | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOYOTA MOTOR LEASING | 306828XXXX | 01/01/2005 | $0 | 01/01/2008 | PAYS AS AGREED | | |

**TOYOTA MOTOR LEASING**

Mail Drop Fn 22
19001 S Western Ave
Torrance , CA-905011106
(800) 331-4331



| Account Number | 549113037953XXXX | Current Status | PAYS AS AGREED |
|---|---|---|---|
| Account Owner | Individual Account | High Credit | $ 0 |
| Type of Account | Revolving | Credit Limit | $ 13,500 |
| Term Duration | | Terms Frequency | Monthly (due every month) |
| Date Opened | 10/01/2002 | Balance | $ 0 |
| Date Reported | 11/01/2005 | Amount Past Due | |
| Date of Last Payment | | Actual Payment Amount | |
| Scheduled Payment Amount | | Date of Last Activity | 05/2004 |
| Date Major Delinquency First Reported | | Months Reviewed | 37 |
| Creditor Classification | | Activity Description | Paid and Closed |
| Charge-Off Amount | | Deferred Payment Start Date | |
| Balloon Payment Amount | | Balloon Payment Date | |
| Date Closed | | Type of Loan | Credit Card |
| Date of First Delinquency | N/A | | |
| Comments | Account closed by credit grantor | | |

**81-Month Payment History**

| No 81-Month Payment Data available for display. |
|---|

# Other Accounts

These are all accounts that do not fall into the other categories and can include 30-day accounts such as American Express.

## Closed Accounts

| Creditor | Account Number | Last Reported Balance | Date Reported | Past Due | |
|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | 854092XXXX | 07/21/2011 | $790 | 12/19/2012 | $790 |

**MIDLAND CREDIT MGMT INC**

8875 Aero Dr Ste 200
San Diego , CA-921232255
(800) 825-8131

| Account Number | 854092XXXX | Current Status | |
|---|---|---|---|
| Account Owner | Individual Account | High Credit | $ 790 |
| Type of Account | Open | Credit Limit | |

| Term Duration: | | Terms Frequency: | |
|---|---|---|---|
| Date Opened: | 07/21/2011 | Balance: | $ 790 |
| Date Reported: | 12/19/2012 | Amount Past Due: | $ 790 |
| Date of Last Payment: | | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 09/2011 | Months Reviewed: | 15 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Factoring Company Account (debt buyer) |
| Date of First Delinquency: | 04/2008 | | |
| Comments: | | Consumer disputes this account information, Collection account | |

81-Month Payment History

No 81-Month Payment Data available for display.

# Payment History Key

| Meaning | Symbol | Meaning | Symbol |
|---|---|---|---|
| Pays or Paid as Agreed: | | 180+ Days Past Due: | 180 |
| 30-59 Days Past Due: | 30 | Collection Account: | CA |
| 60-89 Days Past Due: | 60 | Foreclosure: | F |
| 90-119 Days Past Due: | 90 | Voluntary Surrender: | VS |
| 120-149 Days Past Due: | 120 | Repossession: | R |
| 150-179 Days Past Due: | 150 | Charge Off: | CO |

# Inquiries

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two years. There are two types of inquires - those that may impact your credit rating and those that do not.

Inquiries that may impact your credit rating

These inquires are made by companies with whom you have applied for a loan or credit.

| Name of Company | Date of Inquiry |
|---|---|
| DIRECTV | 11/15/12 |

Creditor Contact Information

DIRECTV
2230 E Imperial Hwy
Mail Station LA1/N368

El Segundo, CA 902453504



| | | | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2010 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| 2009 | | | | 30 | | 60 | 60 | 90 | 120 | 150 | 180 |
| 2008 | | | | | | | | | 30 | 30 | |
| 2007 | | | | | | | | | | | 30 |
| 2006 | | | | | | | | | | | |
| 2005 | | | | | | | | | | | |

MIDLAND FUNDING LLC   854092XXXX          07/21/2011   $790      12/19/2012   $790

MIDLAND CREDIT MGMT INC

8875 Aero Dr Ste 200
San Diego , CA-921232255
(800) 825-8131

| | | | |
|---|---|---|---|
| Account Number: | 854092XXXX | Current Status: | |
| Account Owner: | Individual Account | High Credit: | $ 790 |
| Type of Account: | Open | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 07/21/2011 | Balance: | $ 790 |
| Date Reported: | 12/19/2012 | Amount Past Due: | $ 790 |
| Date of Last Payment: | | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 09/2011 | Months Reviewed: | 15 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Factoring Company Account (debt buyer) |
| Date of First Delinquency: | 04/2008 | | |
| Comments: | Consumer disputes this account information. Collection account | | |

81-Month Payment History

| |
|---|
| No 81-Month Payment Data available for display. |

TOYOTA MOTOR     30682AXXXX      01/09/2008   $0      12/31/2012     PAYS 31-60
LEASING                                                                                   DAYS




**TOYOTA MOTOR LEASING**

Mail Drop Fn 22
19001 S Western Ave
Torrance , CA-905011106
(800) 331-4331

| | | | |
|---|---|---|---|
| Account Number | 30682AXXXX | Current Status | PAYS 31-60 DAYS |
| Account Owner | Individual Account | High Credit | $ 18,895 |
| Type of Account | Installment | Credit Limit | |
| Term Duration | 36 Months | Terms Frequency | Monthly (due every month) |
| Date Opened | 01/09/2008 | Balance | $ 0 |
| Date Reported | 12/31/2012 | Amount Past Due | |
| Date of Last Payment | 10/2012 | Actual Payment Amount | |
| Scheduled Payment Amount | $ 567 | Date of Last Activity | N/A |
| Date Major Delinquency First Reported | | Months Reviewed | 56 |
| Creditor Classification | | Activity Description | N/A |
| Charge Off Amount | | Deferred Payment Start Date | |
| Balloon Payment Amount | | Balloon Payment Date | |
| Date Closed | | Type of Loan | Auto Lease |
| Date of First Delinquency | 11/2012 | | |
| Comments | Consumer disputes this account information | | |

**36 Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | 30 | | | | 30 | 30 | 60 | | | | | |
| 2009 | | | | 30 | | | 30 | 30 | | | 30 | 60 |
| 2008 | | | | | | | | | | | | |

U S DEPARTMENT OF ED  114507XXXX          10/01/1998    $0        09/01/2011        PAYS AS AGREED

**DIRECT LOANS**

PO Box 7202
Utica , NY-135047202




| Account Number | 114507XXXX | Current Status | PAYS AS AGREED |
|---|---|---|---|
| Account Owner | Individual Account | High Credit | $ 73,056 |
| Type of Account | Installment | Credit Limit | |
| Term Duration | 300 Months | Terms Frequency | Deferred |
| Date Opened | 10/01/1998 | Balance | $ 0 |
| Date Reported | 09/01/2011 | Amount Past Due | |
| Date of Last Payment | 06/2009 | Actual Payment Amount | |
| Scheduled Payment Amount | $ 402 | Date of Last Activity | 07/2011 |
| Date Major Delinquency First Reported | | Months Reviewed | 46 |
| Creditor Classification | | Activity Description | Transfer/Sold |
| Charge-Off Amount | | Deferred Payment Start Date | |
| Balloon Payment Amount | | Balloon Payment Date | |
| Date Closed | | Type of Loan | Education Loan |
| Date of First Delinquency | N/A | | |
| Comments | Student loan - payment deferred | | |

**Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | 60 | | | | |
| 2008 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | |

# Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

**ALLIED COLLECTION SERVICE**

| Agency Address: | 3080 S. DURANGO ROAD, SUITE 208 LAS VEGAS, NV 89117 |
|---|---|



| | (702) 737-5506 |
|---|---|
| Date Reported: | 01/2010 |
| Date Assigned: | 10/2008 |
| Creditor Classification: | Medical/Health Care |
| Creditor Name: | FOOTHILLS PEDIATRICS |
| Accounts Number: | 17217XXXX |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $158 |
| Date of 1 st Delinquency: | 03/2008 |
| Balance Date: | 01/2010 |
| Balance Owned: | $0 |
| Last Payment Date : | 27/05/2009 |
| Status Date: | 01/2010 |
| Status: | P - Paid |
| Comments: | Medical |

**ESCALLATE, LLC**

| | |
|---|---|
| Agency Address: | 5200 STONEHAM RD.<br>SUITE 200<br>NORTH CANTON, OH 44720<br>(330) 232-8120 |

① Below

| Date Reported: | 01/2009 |
|---|---|
| Date Assigned: | 09/2008 |
| Creditor Classification: | Medical/Health Care |
| Creditor Name: | EPMG ST ROSE DOMINICAN HOSP SC |
| Accounts Number: | 3290XXXX |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $194 |
| Date of 1 st Delinquency: | 03/2008 |
| Balance Date: | 01/2009 |
| Balance Owned: | $0 |
| Last Payment Date : | 31/12/2008 |
| Status Date: | 01/2009 |
| Status: | P - Paid |

31

02/01/2013 08:45 FAX                    TOYOTA CRED DISPUTES                    ☑002/002

**Universal Data Form**

AUD Correction Indicator:  Update ☐   Delete ☑   Delete due to fraud ☐

| Subscriber Name: | Toyota Financial Services | | | | | |
|---|---|---|---|---|---|---|
| Subscriber Address: | 5005 North River Boulevard, North East Cedar Rapids, IA 52411-6634 | | Equifax SC: | ▓▓▓▓ | | |
| | | | Experian SC: | ▓▓▓▓ | | |
| | | | Innovis SC: | ▓▓▓▓ | | |
| | | | TU SC: | ▓▓▓▓ | | |

**Consumer Information**

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| MC | WINSTON | | | | ▓▓▓7295  X | |
| Current Address | | City | | | State | Zip+4 |
| 1505 HOMEWARD CLOUD AVE | | LAS VEGAS | | | NV | 89183-7978 |
| Previous Last Name | Previous First Name | | Previous Middle Name | | | Previous Gen. |
| | | | | | | |
| Previous Address | | City | | State | Zip+4 | |
| | | | | | | |
| Consumer Information Indicator: | ECOA: 1 | | | Phone: | | |

**Employment Information**

| Employer Name: | | Occupation: | | | |
|---|---|---|---|---|---|
| Current Address | | City | | State | Zip+4 |
| | | | | | |

**Associated Consumer Information**

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |
| Current Address | | City | | State | Zip+4 | |
| | | | | | | |
| Consumer Information Indicator: | ECOA: | | | Phone: | | |
| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
| | | | | | | |
| Current Address | | City | | State | Zip+4 | |
| | | | | | | |
| Consumer Information Indicator: | ECOA: | | | Phone: | | |

**Account Information**

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| J0682AN291 | | | | | | | | | |
| | 01-09-2008 | $0 | $0 | I | | $19895 | $567 | | XB |

| Term Due./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 36/M | | | 10-19-2012 | DA | | 3A | | 12-09-2012 | 11-30-2012 | |

| Original Creditor Name | | Creditor Classification | Mortgage Agency Identifier | | Sec Marketing Agency Id Account # | | Specialized Payment Indicator |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Purchased Portfolio or Sold Name | | Portfolio Indicator | Deferred Payment Start Date | | Balloon Payment Due Date | | Balloon Payment Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Mortgage Id # | | | | AUD Control # | 63611503 | |
|---|---|---|---|---|---|---|

**Account History**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | 0 | 0 | 0 | D | D | 0 | 0 | 0 | 0 | 0 |
| D | D | D | 0 | 0 | D | 0 | 0 | 0 | 0 | 0 | D |
| D | D | D | 0 | 0 | 7 | 1 | 1 | 0 | D | 0 | D |
| 1 | 2 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | D | 0 |
| 0 | 0 | 0 | 0 | 0 | D | 0 | 0 | 0 | 0 | 0 | 0 |
| . | . | . | . | . | . | . | . | . | . | . | . |

Submitted By:  CINDY KOHL
Date:    02-01-2013

Tele: 

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

# EQUIFAX

▶ Print This Page    ▶ Close Window

## Equifax Credit Report ™ for Winston F. Mcgregor

As of 03/19/2013
Available until: 04/18/2013                                    Report Does Not Update
Confirmation #: 3578388248

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

### Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available '2' | Credit Limit '2' | Debt to Credit Ratio | Monthly Payment Amount '2' | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Installment | 2 | $92,236 | N/A | $56,528 | 163% | $182 | 2 |
| Revolving | 3 | $863 | $237 | $14,000 | 78% | $205 | 1 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 5 | $93,099 | N/A | $70,528 | 132% | $387 | 3 |

### Debt by Account Type



EXHIBIT 2

2013-03-19 12:49

---

box4

□ Back to Top

## Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

**ESCALLATE, LLC**

| | |
|---|---|
| Agency Address: | 5200 STONEHAM RD.<br>SUITE 200<br>NORTH CANTON, OH 44720<br>(330) 232-8120 |
| Date Reported: | 03/2013 |
| Date Assigned: | 09/2008 |
| Creditor Classification: | Medical/Health Care |
| Creditor Name: | EPMG ST ROSE DOMINICAN HOSP SC |
| Account Number: | 3290XXXX |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $194 |
| Date of 1 st Delinquency: | 03/2008 |
| Balance Date: | 03/2013 |
| Balance Owned: | $0 |
| Last Payment Date: | 13/12/2008 |
| Status Date: | 03/2013 |
| Status: | P - Paid |
| Comments: | Collection account |